FILED
CLERK U.S. DISTRICT COURT
MAR 14 2008
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

LODGED
CLERK, U.S. DISTRICT COURT
FEB 25 2008
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA-EASTERN DIVISION

| | |
|---|---|
| JAMES BLAKE RAMSEY,<br><br>  Plaintiff,<br><br>v.<br><br>CITY OF BANNING, et al.,<br><br>  Defendants. | ED CV 07-00986-JSL (SH)<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. Section 636(b)(1)(C), the Court has reviewed the Complaint and other papers along with the attached Report and Recommendation of the United States Magistrate Judge, and has made a de novo determination of the Report and Recommendation.

IT IS ORDERED that a Judgment be issued dismissing the action without prejudice.

Each party to bear its own costs.

///

Case 5:07-cv-00986-JSL-SH   Document 23   Filed 03/14/08   Page 2 of 2   Page ID #:92

IT IS FURTHER ORDERED that the Clerk shall serve forthwith a copy of this Order and the Judgment of this date on the Plaintiff and counsel for Defendants.

DATED: 3/14/08

*Spencer Letts*

J. SPENCER LETTS
UNITED STATES DISTRICT JUDGE