Priority ——
Send ——
Enter ——
Closed ——
JS-5/JS-6 ✓
JS-2/JS-3 ——
Scan Only ——

FILED
CLERK U.S. DISTRICT COURT

MAR 14 2008

CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

LODGED
CLERK, U.S. DISTRICT COURT

FEB 25 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

| | |
|---|---|
| JAMES BLAKE RAMSEY,<br><br>          Plaintiff,<br>v.<br><br>CITY OF BANNING, et al.,<br><br>          Defendants. | ED CV 07-00986-JSL (SH)<br><br>JUDGMENT |

Pursuant to the Order of the Court approving the recommendations of the United States Magistrate Judge, and adopting the same as the facts and conclusions of law herein,

IT IS ADJUDGED that Judgment be entered dismissing the Complaint without prejudice.

DATED: 3/14/08

_Spencer Letts_

J. SPENCER LETTS
UNITED STATES DISTRICT JUDGE